**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

**DAVILAH CRUZ,** *et al.***,**

    Plaintiffs,

    **v.**

**MUNICIPALITY OF LAJAS,** *et al.***,**

    Defendants.

**CIVIL NO. 19-1119 (ADC)**

## O R D E R

A mediation/settlement conference is set for **August 25, 2022 at 3:00 p.m.** in Courtroom 9.

During the conference, the parties are ordered to have available in-person or by telephone a non-attorney client representative with full settlement authority.

In order to facilitate settlement, the plaintiff shall serve a written settlement demand to the defendant by not later than **July 25, 2022.** The defendant shall serve plaintiff with a written response - accepting the demand, rejecting it, or making a counter-offer - by not later than **August 8, 2022**. The parties shall NOT file their settlement demands or counter-offers with the court. Counsel for the parties shall confer the week of **August 15, 2022** to try to reach settlement before the scheduled conference.

Motions to reschedule the conference will not be considered unless the moving counsel first contacts all other attorneys and certifies at least three proposed alternative days when all parties will be available. Failure to strictly comply with this order, or to negotiate settlement in good faith, may be grounds for sanctions pursuant to Fed. R. Civ. P. 16(f).

**IT IS SO ORDERED**.

In San Juan, Puerto Rico this 11th day of July, 2022.

                                            *s/Bruce J. McGiverin*
                                            BRUCE J. McGIVERIN
                                            United States Magistrate Judge